# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

DAVID CRAIG MATHEIS,

                     Petitioner,    :       Case No. 1:26-cv-00422

  - vs -                            District Judge Michael R. Barrett
                                     Magistrate Judge Michael R. Merz

SHERIFF OF BUTLER COUNTY,
 OHIO,

                                :
          Respondent.

## REPORT AND RECOMMENDATIONS

This habeas corpus case under 28 U.S.C. § 2241 is before the Court upon Petitioner's failure to respond to the Court's Order to Show Cause (ECF No. 3).  The Magistrate Judge entered that Order because the Petition herein was filed by Petitioner's spouse as his attorney-in-fact who is not an attorney-at-law and federal law does not permit that practice.  The Order to Show Cause was entered May 1, 2026.  Petitioner has never responded.  Instead an "Amended Petition" was filed May 6, 2026, which begins "Now comes petitioner DAVID CRAIG MATHEIS by and through power of attorney-wife or otherwise noted as next-friend Tanyqua Oliver-Matheis. . . ." (ECF No. 5, PageID 50).  The Amended Petition is again signed by the power-of-attorney wife rather than the Petitioner.

Because the Petition and Amended Petition have not been properly filed either by an attorney-at-law admitted to practice in this Court or by the Petitioner *pro se*, it is respectfully

1

recommended that the case be dismissed without prejudice.  Because reasonable jurists would not

disagree with this conclusion, it is also recommended that Petitioner be denied a certificate of

appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively

frivolous and should not be permitted to proceed *in forma pauperis*.

May 14, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.